# Cox Padmore Skolnik & Shakarchy LLP
### Attorneys at Law

**Steven D. Skolnik, P.C.**
Partner
Also Admitted in
Texas and Colorado

May 7, 2014



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 12 2014

**Via ECF Filing and Facsimile to 212-805-0426**

Hon. Laura Taylor Swain
Daniel Patrick Moynihan
United States Courthouse, Courtroom 17C
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

Attn: Laura Fong

Re: **Frangopolous v. De Paola et. al. (No. 14 Civ. 1076 (LTS)(JCF))**

Dear Judge Swain:

This firm represents plaintiff Constantino Frangopoulos in the above referenced case, filed on February 20, 2014. Pursuant to Local Rules 5.2(b) and 7.1(d), plaintiff respectfully requests that the pre-trial conference currently scheduled for Friday, May 16, 2014, be adjourned to Friday, July 18, 2014, or such other date as the Court may set.

Plaintiff makes this request because service of process has not been made on the defendants and no defendants have appeared by counsel or otherwise. This is the first request for an adjournment of the pre-trial conference.

*The conference is adjourned to July 18, 2014, at 10:00 AM and the related deadlines are modified accordingly.*

Respectfully,

Steven D. Skolnik, P.C.

SO ORDERED:
5/2/14
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

630 Third Avenue, 19th Floor, New York, NY 10017-6735   212-953-6633   212-949-6943 (Telefax)
www.cpsslaw.com

A Partnership including Limited Liability Partnerships

| Denver | Great Neck | Hackensack |
| --- | --- | --- |
| 303-839-9191 | 516-829-1080 | 201-489-0050 |